**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00323-CV**

_____

**IN THE INTEREST OF C.C.**

**On Appeal from the 88th District Court**
**Hardin County, Texas**
**Trial Cause No. 63161**

**MEMORANDUM OPINION**

W.C. Jr., Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 29, 2025
Opinion Delivered January 30, 2025

Before Johnson, Wright and Chambers, JJ.